**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Spectrum Medical Management Services, Inc** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-3510820** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **425 W Bonita Avenue, Suite 110 San Dimas, CA 91773** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| County | **425 W Bonita Avenue, Suite 110 San Dimas, CA 91773** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://spectrummedicalmanagement.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Spectrum Medical Management Services, Inc**                Case number (*if known*) _____
    Name

---

**7.  Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

■  None of the above

B.  *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■  Chapter 7

☐  Chapter 9

☐  Chapter 11. *Check **all** that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■  No.
☐  Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **Spectrum Medical Management Services, Inc** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Spectrum Medical Management Services, Inc**                    Case number (*if known*)
            Name

☐ $50,001 - $100,000                 ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million              ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | Spectrum Medical Management Services, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 6, 2023**
                      MM / DD / YYYY

**X** **/s/ Carla A Ethier**                                    **Carla A Ethier**
Signature of authorized representative of debtor        Printed name

Title    **Director**

**18. Signature of attorney**

**X** **/s/ Charles W Daff**                      Date    **June 6, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Charles W Daff 76178**
Printed name

**Charles W Daff**
Firm name

**2107 N Broadway**
**Suite 308**
**Santa Ana, CA 92706**
Number, Street, City, State & ZIP Code

Contact phone    **657-218-4800**        Email address    **charleswdaff@gmail.com**

**76178 CA**
Bar number and State

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____      Chapter    **7**

☐ Check if this an
amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/06/2023
              MM / DD / YYYY

X _Carla E Ethier_                          **Carla A Ethier**
Signature of authorized representative of debtor          Printed name

Title    **Director**

---

**18. Signature of attorney**

X _____          Date    6/6/2023
Signature of attorney for debtor                MM / DD / YYYY

**Charles W Daff 76178**
Printed name

**Charles W Daff**
Firm name

**2107 N Broadway**
**Suite 308**
**Santa Ana, CA 92706**
Number, Street, City, State & ZIP Code

Contact phone    **657-218-4800**      Email address    **charleswdaff@gmail.com**

**76178 CA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June  6, 2023**          X */s/ Carla A Ethier*
                                        Signature of individual signing on behalf of debtor

                                        **Carla A Ethier**
                                        Printed name

                                        **Director**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule* _____
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/06/2023          X _____
                                    Signature of individual signing on behalf of debtor

**Carla A Ethier**
Printed name

**Director**
Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**none**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**none**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**none**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**none**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **San Dimas**                              , California.

Date:    **June  6, 2023**

/s/ Carla A Ethier

**Carla A Ethier**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*            **F 1015-2.1.STMT.RELATED.CASES**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

__none__

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

__none__

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

__none__

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

__none__

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  __San Dimas_____ , California.

Date:  __06 | 06 | 2023_____

Carla A Ethier
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...................................................................................................   $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................................   $ _____ 395,686.67

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..................................................................................................   $ _____ 395,686.67

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 676,062.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____ 95,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ 551,482.14

4.   **Total liabilities** ..........................................................................................................................
    Lines 2 + 3a + 3b

$    **1,322,544.14**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

|  | | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* Name of institution (bank or brokerage firm) | | | |
| 3.1. | **California Bank & Trust, Irvine Branch, 1900 St., Suite 100, Irvine, CA 92614 Acct ending 8152** | **Business Growth Checking** | 8152 | $991.00 |
| 3.2. | **California Bank & Trust, Irvine Branch, 1900 St., Suite 100, Irvine, CA 92614 Acct ending 5586** | **General Account** | 5586 | $127,000.00 |
| 3.3. | **California Bank & Trust, Irvine Branch, 1900 St., Suite 100, Irvine, CA 92614 Acct ending 5578** | **Payroll Account** | 5578 | $802.17 |
| 3.4. | **Wells Fargo Bank General Business Account** | **Checking** | 7764 | $481.50 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $129,274.67

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

| Debtor | **Spectrum Medical Management Services, Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

<table>
<tr><td colspan="2">**Part 3:**　**Accounts receivable**</td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.　**Accounts receivable**

11a. 90 days old or less:　**110,000.00**　-　**0.00**　= ....　**$110,000.00**
　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　**149,410.00**　-　**0.00**　= ....　**$149,410.00**
　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12.　**Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | **$259,410.00** |
|---|---|

<table>
<tr><td colspan="2">**Part 4:**　**Investments**</td></tr>
</table>

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2">**Part 5:**　**Inventory, excluding agriculture assets**</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2">**Part 6:**　**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2">**Part 7:**　**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.　**Office furniture**

Debtor    **Spectrum Medical Management Services, Inc**          Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| **(10) small file tables, (8) office chairs plus (2) stackable for total 10 chairs;  (8) desks with overhead storage units, (2) printers, (1) fax machine, (1)  (8) telephone handsets and telephone system, (6) file cabinets and (7) computers with monitors.  - located at 425 W Bonita Ave., Suite 110, San Dimas, CA 9173** | $0.00 | Replacement | $5,000.00 |
| **Toshiba copier, --  located at 425 W Bonita Ave., Suite 110, San Dimas, CA 9173** | $0.00 | Replacement | $1,000.00 |
| **office equipment, copy machine, desks, chairs, computers,  fixtures and machinery located at business premises 1755 W Hammer Lane, Suite 7B, Stockton, CA 95209.** | $0.00 | Replacement | $1,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        | $7,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Spectrum Medical Management Services, Inc**                      Case number *(If known)* _____
            Name

60.    **Patents, copyrights, trademarks, and trade secrets**
       **Cal Med computer software to provide system**
       **to medical billing - leased with monthly**
       **subscription payment -**
       **located at 425 W Bonita Ave., Suite 110, San**
       **Dimas, CA 9173**                                          $0.00                                 $1.00

61.    **Internet domain names and websites**
       **https://spectrummedicalmanagement.com/**                 $0.00                                 $1.00

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    $2.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Spectrum Medical Management Services, Inc**  _____    Case number *(If known)* _____
_____ Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $129,274.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $259,410.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $395,686.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $395,686.67 |

**Fill in this information to identify the case:**

Debtor name    **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **California Bank & Trust** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | Describe debtor's property that is subject to a lien | **$127,483.00** | **Unknown** |
|---|---|---|---|

**1900 Main Street, Suite 100
Irvine, CA 92614**

Creditor's mailing address

**all inventory, equipment, accounts, money, fixtures, money -  blanket security interest**

Describe the lien

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
07/30/2018**

**Last 4 digits of account number
9003**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **CSC** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
10/27/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Spectrum Medical Management Services, Inc**    Case number *(if known)* _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **OnDeck** | | **Describe debtor's property that is subject to a lien** | **$149,410.00** | **Unknown** |
| | Creditor's Name | | all inventory, equipment, accounts, money, | | |
| | **4700 W Day Break** | | **fixtures, money -  blanket security interest** | | |
| | **Parkway, Suite 200** | | | | |
| | **UT 84009** | | | | |

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/26/2022**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Small Business
Administration** | | **Describe debtor's property that is subject to a lien** | **$399,169.00** | **Unknown** |
| | Creditor's Name | | all inventory, equipment, accounts, money, | | |
| | **PO Box 3918** | | **fixtures, money -  blanket security interest** | | |
| | **Portland, OR 97208-3918** | | | | |

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/20/2020**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1630**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Toshiba America Business
Solutions** | | **Describe debtor's property that is subject to a lien** | **$0.00** | **$1,000.00** |
| | Creditor's Name | | **Toshiba copier, --  located at 425 W Bonita** | | |
| | **25530 Commercentre Drive** | | **Ave., Suite 110, San Dimas, CA 9173** | | |
| | **Lake Forest, CA 92630** | | | | |

Creditor's mailing address

**Describe the lien**

---

Debtor **Spectrum Medical Management Services, Inc**          Case number (if known) _____

Name

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **US Bank Equipment Lease** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**PO Box 790408
Saint Louis, MO 63179-0408**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**copier located at 1755 W Hammer Lane, Suite 7B, Stockton, CA 95209**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$676,062.00** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Acension Point Recovery Services
200 Coon Rapids Blvd., Suite 210
Minneapolis, MN 55433-5876** | Line  **2.3** | 5155 |
| **California Bank & Trust
1900 Main Street, Suite 100
Irvine, CA 92614** | Line  **2.1** | |
| **Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243** | Line  **2.4** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor   **Spectrum Medical Management Services, Inc**                    Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

**Small Business Administration**
**1545 Hawkins Blvd., Suite 202**                              Line  **2.4**
**El Paso, TX 79925**

**Fill in this information to identify the case:**

Debtor name **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Amber Turgeon**<br>**16275 Adelia St**<br>**Hesperia, CA 92345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**notice** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Amy Basalusalu**<br>**8503 MacDuff Ct**<br>**Stockton, CA 95209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**notice** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | Spectrum Medical Management Services, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Angela Rose**
**414 Don Carlos Ave**
**Stockton, CA 95210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Carla A Ethier**
**15089 Indian Drive**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Chara Barksdale**
**4304 Freitag Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Cheryl Lodin**
**2578 Associated Rd., Apt 3**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Spectrum Medical Management Services, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Cody M Labelle** | *Check all that apply.* | | |
| | **2578 Associated Rd., Apt 3** | ☐ Contingent | | |
| | **Fullerton, CA 92835** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **notice** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **D'Wayne Baird** | *Check all that apply.* | | |
| | **8543 Burns Place** | ☐ Contingent | | |
| | **Stockton, CA 95209** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **notice** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Dallas Turgeon** | *Check all that apply.* | | |
| | **16275 Adelia St** | ☐ Contingent | | |
| | **Hesperia, CA 92345** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **notice** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Debra A Alamillo** | *Check all that apply.* | | |
| | **3902 Poli Place** | ☐ Contingent | | |
| | **Modesto, CA 95355** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **notice** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Spectrum Medical Management Services, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dena K Agapay**
**8255 Vineyard Ave #1500F**
**Rancho Cucamonga, CA 91701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Donald Swearingen**
**9943 Orchard Dr**
**Westminster, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Business Entity Bankruptcy MS**
**A345**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Heather Horton**
**610 Manahan Ct**
**Red Bluff, CA 96080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Spectrum Medical Management Services, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95,000.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Irma Chavarria**
**1605 S Barolo Place**
**Santa Maria, CA 93458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joanna Ortiz-Nunez**
**2968 Grand Oak St**
**Stockton, CA 95208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose E Garcia**
**3581 W Ben Holt Dr., Apt 146**
**Stockton, CA 95219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Spectrum Medical Management Services, Inc**                    Case number *(if known)* _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joy Baird**
**8543 Burns Place**
**Stockton, CA 95209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**notice**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.20    Priority creditor's name and mailing address    $0.00    $0.00

**Kayleen Mello**
**1719 Chateau Dr**
**Olivehurst, CA 95961**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**notice**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.21    Priority creditor's name and mailing address    $0.00    $0.00

**Kimberly Burkhart**
**2175 Inman Ave**
**Stockton, CA 95204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**notice**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.22    Priority creditor's name and mailing address    $0.00    $0.00

**Kylle Barefoot**
**8255 Vineyard Avd., Apt 1500B**
**Rancho Cucamonga, CA 91701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**notice**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Spectrum Medical Management Services, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lucile Manzo Ramirez**
**1559 E 43rd Street**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maria Garcia**
**782 La Honda Ct**
**Salinas, CA 93905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michelle R Turgeon**
**18223 Betony Place**
**San Bernardino, CA 92407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nora Vasquez**
**120 Severin Ave**
**Modesto, CA 95354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Spectrum Medical Management Services, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Quy T Nguyen**
**9943 Orchard Dr**
**Westminster, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rose A Orenday**
**206 E 5th St.**
**San Dimas, CA 91773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rosemary Sanchez**
**PO Box 10905**
**Earlimart, CA 93219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Taiya Turgeon**
**18223 Betony Place**
**San Bernardino, CA 92407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Spectrum Medical Management Services, Inc**                         Case number *(if known)* _____
        Name

| 2.31 | Priority creditor's name and mailing address<br>**Tracy A White**<br>**8255 Vineyard Ave., Apt. 1500B**<br>**Rancho Cucamonga, CA 91730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**notice** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address<br>**Vanessa Z Giordani**<br>**1799 Thurber Place**<br>**Burbank, CA 91501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**notice** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address<br>**Veronica Allen**<br>**5057 Brentford Way**<br>**El Dorado Hills, CA 95762** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**notice** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Alicia Rozario DPM**<br>**305 South Drive #6**<br>**Mountain View, CA 94040**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **notice-doctor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**Correspondence/Bankruptcy**<br>**PO Box 981540**<br>**El Paso, TX 79998**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **1007** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Management Account**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,816.00** |

| Debtor | **Spectrum Medical Management Services, Inc** | | Case number (if known) | |
| | Name | | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00**

**American Express**
**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Executive Business Card

Last 4 digits of account number **1002**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aziz Rasooli**
**16311 Ventura Blvd #1150**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice-doctor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Blake Shaw MD**
**890 Eastlake Pkwy**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice-doctor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Blue Shield of California**
**Subscription & Membership**
**PO Box 629032**
**El Dorado Hills, CA 95762-9032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** notice- employee health insurance plan

Last 4 digits of account number **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,860.00**

**Capital One / Spark Business**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Spark Miles credit card

Last 4 digits of account number **3672**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,609.00**

**Capital One/ Venture**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Venture Credit Card

Last 4 digits of account number **2461**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Carol Swearingen**
**16680 Compass Circle**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** promissory notes due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Spectrum Medical Management Services, Inc** | Case number (if known) | |
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carol Swearingen**
**16680 Compass Circle**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **landlord for business premises located at 425 W Bonita Ave., Suite 110, San Dimas, CA 91773 -- notice**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Crapotta MD**
**773 Isabella Way**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,303.00 |
|---|---|---|---|

**Chase Marriott**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5073**

Basis for the claim:  **Marriott Bonvoy Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,512.50 |
|---|---|---|---|

**Citibank**
**Citicorp Credit**
**Centralized BK Department**
**PO Box 70034**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6041**

Basis for the claim:  **Citi Business Mastercard**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coast to Coast DME Inc**
**1755 W Hammer Ave., Suite 2**
**Stockton, CA 95209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **notice - this company is in bankruptcy proceeding**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Roberts DPM**
**2678 E Florence Ave**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David A Swearingen, OD**
**425 W Bonita Ave.**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Spectrum Medical Management Services, Inc**                    Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |

**3.17**  **Nonpriority creditor's name and mailing address**

**Dennis Grandy DPM**
**87 Scripts Dr #212**
**Sacramento, CA 95825**

Date(s) debt was incurred  ___
Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**

**Donnelly Accounting Inc**
**425 Bonita Ave., Suite 109**
**San Dimas, CA 91773**

Date(s) debt was incurred  ___
Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **accountant for debtor - notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**

**Douglas Hague DPM**
**5 Medical Plaza Dr., #110**
**Roseville, CA 95661**

Date(s) debt was incurred  ___
Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**

**EMU Properties LLC**
**113 Main Street**
**Rio Vista, CA 94571**

Date(s) debt was incurred  ___
Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **landlord for business premises at 1755 W Hammer Lane, Suite 7B, Stockton, CA 95209 - notice**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21**  **Nonpriority creditor's name and mailing address**

**Fred Jackson**
**Omni Medical Management Services In**
**8145 S Vandriver Way**
**Aurora, CO 80016**

Date(s) debt was incurred  ___
Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*  **$14,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **promissory note for services rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22**  **Nonpriority creditor's name and mailing address**

**Glenn Kishaba**
**Physicians Services Network**
**377 East Chapman Ave**
**Placentia, CA 92870**

Date(s) debt was incurred  ___
Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice - doctor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23**  **Nonpriority creditor's name and mailing address**

**Hoan Van DPM**
**100 Oconnor Dr Ste 9A**
**San Jose, CA 95128**

Date(s) debt was incurred  ___
Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Spectrum Medical Management Services, Inc** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Igal Palma DPM**
**221 E 8h St**
**Stockton, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **notice-doctor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Janelle T Green DPM**
**795 E Second St., Suite 7**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **notice-doctor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ji Hee Kim DPM**
**333 W El Camino Real, Ste 315**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **notice-doctor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jonathan Tiongson**
**11633 San Vicente Blvd #200**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **notice-doctor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Karen Romines DPM**
**9121 Folsom Blvd #G**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **notice-doctor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Kelvin Nguyen**
**210 N Garfield Ave**
**Monterey Park, CA 91755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **notice-doctor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Leo Kan**
**425 W Bonita Ave., #103**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **notice-doctor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Spectrum Medical Management Services, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.31** Nonpriority creditor's name and mailing address
**Lisa Banks DPM**
**9390 Hesperia Rd., Suite 7**
**Hesperia, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
**Lori Birndorf MD**
**12139 Riverside Dr**
**Valley Village, CA 91607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
**Luke Won DPM**
**520 N Main St, Ste 120**
**Santa Ana, CA 92701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
**Mark Johnson DPM**
**425 W Bonita Ave, Suite 110**
**San Dimas, CA 91773**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
**Neal Patel DPM**
**250 N robertson Blvd., #106**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
**Patrick Jadali DPM**
**304 Cherry Ave**
**Long Beach, CA 90802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address
**Rebecca M Akolo DPM**
**1755 W Hammer Lane, Suite 7B**
**Stockton, CA 95209**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice-doctor**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Spectrum Medical Management Services, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rende Roberto MD**
**1000 W Carson St. #27**
**Torrance, CA 90502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  notice-doctor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandeep Patel DPM**
**508 This Way**
**Lake Jackson, TX 77566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  notice-doctor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seiha Thorng DPM**
**420 Acacia St #18**
**Stockton, CA 95203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  notice-doctor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94,281.64 |
|---|---|---|---|

**Wells Fargo SBL**
**PO Box 29482**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  business line of credit

Last 4 digits of account number  1134

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**PO Box 960001**<br>**Los Angeles, CA 90096** | Line  **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express**<br>**Correspondence/Bankruptcy**<br>**PO Box 981540**<br>**El Paso, TX 79998** | Line  **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **American Express**<br>**Correspondence/Bankruptcy**<br>**PO Box 981540**<br>**El Paso, TX 79998** | Line  **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **American Express**<br>**PO Box 960001**<br>**Los Angeles, CA 90096** | Line  **3.3**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Spectrum Medical Management Services, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Card Member Service**<br>**PO Box 6294**<br>**Carol Stream, IL 60197** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Chase Card Services**<br>**Attn: Bankruptcy**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Christopher Otiko**<br>**Coast to Coast DME, Inc**<br>**7320 Reseda Blvd., Unit 37-1972**<br>**Reseda, CA 91337** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Citibank**<br>**PO Box 6235**<br>**Sioux Falls, SD 57117** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Craig Roberts**<br>**5301 Balboa Blvd., Suite L3**<br>**Encino, CA 91316** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Leo Kan**<br>**1886 Greensage Ave**<br>**Fresno, CA 93730** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Lisa Banks DPM**<br>**PO Box 9397**<br>**Fresno, CA 93792** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 95,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 551,482.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 646,482.14 |

**Fill in this information to identify the case:**

Debtor name    **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Month to Month Tenancy for debtor's business premises located at 425 W Bonita Ave., Suite 110, San Dimas, CA 91773** | |
| State the term remaining | |
| List the contract number of any government contract | **Carol Swearingen 16680 Compass Circle Yorba Linda, CA 92886** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **lease for debtor's business premises located at 1755 W Hammer Lane, Suite 7B, Stockton, CA 95209** | |
| State the term remaining | |
| List the contract number of any government contract | **EMU Properties LLC 113 Main Street Rio Vista, CA 94571** |

**Fill in this information to identify the case:**

Debtor name   **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Donald Swearingen** | **9943 Orchard Dr Westminster, CA 92683 deceased December 2022** | **California Bank & Trust** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Donald Swearingen** | **9943 Orchard Dr Westminster, CA 92683 deceased December 2022** | **OnDeck** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Donald Swearingen** | **9943 Orchard Dr Westminster, CA 92683 deceased December 2022** | **Wells Fargo SBL** | ☐ D ____<br>■ E/F __3.41__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name     **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other **Operating a Business thru 05/19/2023** | **$1,094,023.03** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,969,573.39** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,859,934.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Spectrum Medical Management Services, Inc | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Spectrum Medical Management Services, Inc**                 Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy.**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Charles W Daff<br>2107 N Broadway<br>Suite 308<br>Santa Ana, CA 92706** | **Attorney Flat Fee of $ $9662.00 plus cost to file of $338.00 for total of $10,000.  Paid by debtor** | **05/12/2023** | **$10,000.00** |
| | Email or website address<br>**charleswdaff@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Coast to Coast DME Inc<br>1755 W Hammer Ave., Suite 2<br>Stockton, CA 95209** | **Coast to Coast DME Inc., 1755 W Hammer Lane, Suite 2, Stockton, CA 95209 received funds from the OnDeck Loan. on 10/26/22.  Officer/Director for Coast to Coast, Christopher Otiko, 7320 Reseda Blvd., Unit 37-1972, Reseda, CA 91337** | **10/26/2022** | **$149,410.00** |
| | Relationship to debtor | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Spectrum Medical Management Services, Inc | Case number *(if known)* | |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy |
|---|---|
| | From-To |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Patient name, birth date, medicare number, address used for billing with use of Cal Med software - cloud based software -HIPPA PROTECTED**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Spectrum Medical Management Services, Inc**          Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **San Dimas Storage**<br>**409 W Allen Ave.**<br>**San Dimas, CA 91773** | **Carla A Ethier**<br>**15089 Indian Dr**<br>**Fontana, CA 92336** | **financial records. invoices, written documents from past years doing business- HIPPA PROTECTED RECORDS - storage unit in name of Carla Ethiers** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Spectrum Medical Management Services, Inc**    Case number *(if known)*

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Donnelly Accounting Inc**<br>**425 W Bonita Ave., Suite 109**<br>**San Dimas, CA 91773** | **prepares tax returns**<br>**for the debtor** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Spectrum Medical Management Services, Inc**    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carla A Ethier** | **15089 Indian Dr**<br>**Fontana, CA 92336** | **Director/Secretary** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **D'Wayne Baird** | **8543 Burns Place**<br>**Stockton, CA 95209** | **Vice President** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carol Swearingen** | **16680 Compass Circle**<br>**Yorba Linda, CA 92886** | **Sole Shareholder of Stock** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Donald Swearingen** | **9943 Orchard Dr**<br>**Westminster, CA 92683** | **President / Shareholder -**<br>**Deceased December**<br>**2022**<br>**100 % shareholder** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Spectrum Medical Management Services, Inc**                              Case number *(if known)*  _____

---

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  6, 2023**

/s/ **Carla A Ethier**                                              **Carla A Ethier**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Fill in this information to identify the case:**

Debtor name    **Spectrum Medical Management Services, Inc**

United States Bankruptcy Court for the:   **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/06/2023

_____          **Carla A Ethier**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Director**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re **Spectrum Medical Management Services, Inc**                         Case No.
                                         Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ..................................    $    **9,662.00**

      Prior to the filing of this statement I have received ......................    $    **9,662.00**

      Balance Due ...............................................................    $    **0.00**

2.    The source of the compensation paid to me was:

      ■ Debtor      □ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor      □ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
              **none**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  6, 2023**                                   **/s/ Charles W Daff**
*Date*                                             **Charles W Daff 76178**
                                                   *Signature of Attorney*
                                                   **Charles W Daff**
                                                   **2107 N Broadway**
                                                   **Suite 308**
                                                   **Santa Ana, CA 92706**
                                                   **657-218-4800  Fax: 657-218-4858**
                                                   **charleswdaff@gmail.com**
                                                   *Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Spectrum Medical Management Services, Inc** _____  Case No. _____
                                                          Debtor(s)                    Chapter  **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____**9,662.00**

    Prior to the filing of this statement I have received _____   $ _____**9,662.00**

    Balance Due _____   $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **none**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 6 2023** _____          _____
*Date*                                            **Charles W Daff 76178**
                                                  *Signature of Attorney*
                                                  **Charles W Daff**
                                                  **2107 N Broadway**
                                                  **Suite 308**
                                                  **Santa Ana, CA 92706**
                                                  **657-218-4800  Fax: 657-218-4858**
                                                  **charleswdaff@gmail.com**
                                                  *Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Charles W Daff 76178**
**2107 N Broadway**
**Suite 308**
**Santa Ana, CA 92706**
**657-218-4800 Fax: 657-218-4858**
California State Bar Number: 76178 CA
charleswdaff@gmail.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

☑  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Spectrum Medical Management Services, Inc**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __13__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **June  6, 2023**

**/s/ Carla A Ethier**
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **June  6, 2023**

**/s/ Charles W Daff**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                **F 1007-1.MAILING.LIST.VERIFICATION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Charles W Daff 76178**<br>**2107 N Broadway**<br>**Suite 308**<br>**Santa Ana, CA 92706**<br>**657-218-4800 Fax: 657-218-4858**<br>California State Bar Number: 76178 CA<br>charleswdaff@gmail.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Spectrum Medical Management Services, Inc** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __13__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___06/06/2023___

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ___6/6/2023___

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Spectrum Medical Management Services, Inc
425 W Bonita Avenue, Suite 110
San Dimas, CA 91773


Charles W Daff
Charles W Daff
2107 N Broadway
Suite 308
Santa Ana, CA 92706


Acension Point Recovery Services
200 Coon Rapids Blvd., Suite 210
Minneapolis, MN 55433-5876


Alicia Rozario DPM
305 South Drive #6
Mountain View, CA 94040


Amber Turgeon
16275 Adelia St
Hesperia, CA 92345


American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


American Express
PO Box 960001
Los Angeles, CA 90096

American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


American Express
PO Box 960001
Los Angeles, CA 90096


American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


Amy Basalusalu
8503 MacDuff Ct
Stockton, CA 95209


Angela Rose
414 Don Carlos Ave
Stockton, CA 95210


Aziz Rasooli
16311 Ventura Blvd #1150
Encino, CA 91436


Blake Shaw MD
890 Eastlake Pkwy
Chula Vista, CA 91914


Blue Shield of California
Subscription & Membership
PO Box 629032
El Dorado Hills, CA 95762-9032

California Bank & Trust
1900 Main Street, Suite 100
Irvine, CA 92614


California Bank & Trust
1900 Main Street, Suite 100
Irvine, CA 92614


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One / Spark Business
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One/ Venture
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Card Member Service
PO Box 6294
Carol Stream, IL 60197


Carla A Ethier
15089 Indian Drive
Fontana, CA 92336

Carol Swearingen
16680 Compass Circle
Yorba Linda, CA 92886


Carol Swearingen
16680 Compass Circle
Yorba Linda, CA 92886


Carol Swearingen
16680 Compass Circle
Yorba Linda, CA 92886


Chara Barksdale
4304 Freitag Way
Elk Grove, CA 95758


Charles Crapotta MD
773 Isabella Way
Fairfield, CA 94533


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Chase Marriott
PO Box 6294
Carol Stream, IL 60197


Cheryl Lodin
2578 Associated Rd., Apt 3
Fullerton, CA 92835

Christopher Otiko
Coast to Coast DME, Inc
7320 Reseda Blvd., Unit 37-1972
Reseda, CA 91337


Citibank
Citicorp Credit
Centralized BK Department
PO Box 70034
Saint Louis, MO 63179


Citibank
PO Box 6235
Sioux Falls, SD 57117


Coast to Coast DME Inc
1755 W Hammer Ave., Suite 2
Stockton, CA 95209


Cody M Labelle
2578 Associated Rd., Apt 3
Fullerton, CA 92835


Craig Roberts
5301 Balboa Blvd., Suite L3
Encino, CA 91316


Craig Roberts DPM
2678 E Florence Ave
Huntington Park, CA 90255


CSC
PO Box 2576
Springfield, IL 62708

D'Wayne Baird
8543 Burns Place
Stockton, CA 95209


Dallas Turgeon
16275 Adelia St
Hesperia, CA 92345


David A Swearingen, OD
425 W Bonita Ave.
San Dimas, CA 91773


Debra A Alamillo
3902 Poli Place
Modesto, CA 95355


Dena K Agapay
8255 Vineyard Ave #1500F
Rancho Cucamonga, CA 91701


Dennis Grandy DPM
87 Scripts Dr #212
Sacramento, CA 95825


Donald Swearingen
9943 Orchard Dr
Westminster, CA 92683


Donald Swearingen
9943 Orchard Dr
Westminster, CA 92683

Donald Swearingen
9943 Orchard Dr
Westminster, CA 92683


Donald Swearingen
9943 Orchard Dr
Westminster, CA 92683


Donnelly Accounting Inc
425 Bonita Ave., Suite 109
San Dimas, CA 91773


Douglas Hague DPM
5 Medical Plaza Dr., #110
Roseville, CA 95661


EMU Properties LLC
113 Main Street
Rio Vista, CA 94571


EMU Properties LLC
113 Main Street
Rio Vista, CA 94571


Franchise Tax Board
Business Entity Bankruptcy MS A345
PO Box 2952
Sacramento, CA 95812-2952


Fred Jackson
Omni Medical Management Services In
8145 S Vandriver Way
Aurora, CO 80016

Glenn Kishaba
Physicians Services Network
377 East Chapman Ave
Placentia, CA 92870


Heather Horton
610 Manahan Ct
Red Bluff, CA 96080


Hoan Van DPM
100 Oconnor Dr Ste 9A
San Jose, CA 95128


Igal Palma DPM
221 E 8h St
Stockton, CA 95206


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Irma Chavarria
1605 S Barolo Place
Santa Maria, CA 93458


Janelle T Green DPM
795 E Second St., Suite 7
Pomona, CA 91766


Ji Hee Kim DPM
333 W El Camino Real, Ste 315
Sunnyvale, CA 94087

Joanna Ortiz-Nunez
2968 Grand Oak St
Stockton, CA 95208


Jonathan Tiongson
11633 San Vicente Blvd #200
Los Angeles, CA 90049


Jose E Garcia
3581 W Ben Holt Dr., Apt 146
Stockton, CA 95219


Joy Baird
8543 Burns Place
Stockton, CA 95209


Karen Romines DPM
9121 Folsom Blvd #G
Sacramento, CA 95826


Kayleen Mello
1719 Chateau Dr
Olivehurst, CA 95961


Kelvin Nguyen
210 N Garfield Ave
Monterey Park, CA 91755


Kimberly Burkhart
2175 Inman Ave
Stockton, CA 95204

Kylle Barefoot
8255 Vineyard Avd., Apt 1500B
Rancho Cucamonga, CA 91701


Leo Kan
425 W Bonita Ave., #103
San Dimas, CA 91773


Leo Kan
1886 Greensage Ave
Fresno, CA 93730


Lisa Banks DPM
9390 Hesperia Rd., Suite 7
Hesperia, CA 92345


Lisa Banks DPM
PO Box 9397
Fresno, CA 93792


Lori Birndorf MD
12139 Riverside Dr
Valley Village, CA 91607


Lucile Manzo Ramirez
1559 E 43rd Street
Los Angeles, CA 90011


Luke Won DPM
520 N Main St, Ste 120
Santa Ana, CA 92701

Maria Garcia
782 La Honda Ct
Salinas, CA 93905


Mark Johnson DPM
425 W Bonita Ave, Suite 110
San Dimas, CA 91773


Michelle R Turgeon
18223 Betony Place
San Bernardino, CA 92407


Neal Patel DPM
250 N robertson Blvd., #106
Beverly Hills, CA 90211


Nora Vasquez
120 Severin Ave
Modesto, CA 95354


OnDeck
4700 W Day Break Parkway, Suite 200
UT 84009


Patrick Jadali DPM
304 Cherry Ave
Long Beach, CA 90802


Quy T Nguyen
9943 Orchard Dr
Westminster, CA 92683

Rebecca M Akolo DPM
1755 W Hammer Lane, Suite 7B
Stockton, CA 95209


Rende Roberto MD
1000 W Carson St. #27
Torrance, CA 90502


Rose A Orenday
206 E 5th St.
San Dimas, CA 91773


Rosemary Sanchez
PO Box 10905
Earlimart, CA 93219


Sandeep Patel DPM
508 This Way
Lake Jackson, TX 77566


Seiha Thorng DPM
420 Acacia St #18
Stockton, CA 95203


Small Business Administration
PO Box 3918
Portland, OR 97208-3918


Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


Taiya Turgeon
18223 Betony Place
San Bernardino, CA 92407


Toshiba America Business Solutions
25530 Commercentre Drive
Lake Forest, CA 92630


Tracy A White
8255 Vineyard Ave., Apt. 1500B
Rancho Cucamonga, CA 91730


US Bank Equipment Lease
PO Box 790408
Saint Louis, MO 63179-0408


Vanessa Z Giordani
1799 Thurber Place
Burbank, CA 91501


Veronica Allen
5057 Brentford Way
El Dorado Hills, CA 95762


Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Charles W Daff 76178**<br>**2107 N Broadway**<br>**Suite 308**<br>**Santa Ana, CA 92706**<br>**657-218-4800 Fax: 657-218-4858**<br>California State Bar Number: **76178 CA**<br>charleswdaff@gmail.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Spectrum Medical Management Services, Inc**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **7**<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Charles W Daff 76178**_____ , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:
    ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

    b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **June  6, 2023** | By:  **/s/ Charles W Daff** |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:    **Charles W Daff 76178** |
| | Printed name of Debtor, or attorney for Debtor |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Charles W Daff 76178**<br>**2107 N Broadway**<br>**Suite 308**<br>**Santa Ana, CA 92706**<br>**657-218-4800 Fax: 657-218-4858**<br>California State Bar Number: 76178 CA<br>charleswdaff@gmail.com | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Spectrum Medical Management Services, Inc**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    7

# CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    __Carla Ethier_____ , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 06/06/2023

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **Spectrum Medical Management Inc**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    **F 1007-4.CORP.OWNERSHIP.STMT**